10522. NEWTON *v.* THE STATE.

LUKE, J. Under the facts of this case, in the absence of a timely and appropriate written request, it was not error to fail to charge the law as to reasonable fears. See *Alexander* v. *State,* 118 *Ga.* 26 (44 S. E. 851). Neither the evidence nor the defendant's statement at the trial raised a theory which would require such a charge. The evidence authorized the verdict, which has the approval of the trial judge, and for no reason assigned was it error to overrule the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 6, 1919.

Indictment for murder—conviction of manslaughter; from Madison superior court—Judge W. L. Hodges. March 8, 1919.

*Gordon & Gordon, Berry T. Moseley,* for plaintiff in error.

*A. S. Skelton, solicitor-general,* contra.